UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-00146 |
| VERSUS | * | JUDGE ELIZABETH ERNY FOOTE |
| ALEXANDER DERRICK REECE et al | * | MAG. JUDGE PATRICK J. HANNA |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge [Record Document 504], addressing Defendant Richard Joseph Buswell's (07) Motion to Dismiss Money Laundering Counts [Record Document 294].[1] The Government opposes Buswell's Motion [Record Document 409]. For the reasons that follow, the Court hereby adopts the findings of the Report and Recommendation, concluding that:

The conspiracy and money laundering counts, which the moving defendants seek to have dismissed, contain the elements of the charged offenses, fairly inform the moving defendants of the charges against them, and ensure that there is no risk of future prosecutions of these defendants for these same offenses; and

The safe harbor provision under 18 U.S.C. §1957(f) is an affirmative defense, the applicability of which the defendants will bear the burden of proving at trial, and therefore, need not be negated by the government in the indictment.

Accordingly, for the reasons stated in the Report and Recommendation, and after an independent review of the record, including written objections filed by Defendant

---

[1] Although Defendant Buswell (07) has entered a guilty plea in this matter [Record Documents 618, 629], the substantive motion was adopted by Defendants Reece (01) [Record Documents 311, 332], Curious Goods (06) [Record Documents 320, 332], Stanford (08) [Record Documents 341, 346], and Domingue (10) [Record Documents 358, 379].

Buswell (07) [Record Document 542] and adopted by Defendant Curious Goods (06) [Record Documents 580, 583], and determining that the findings are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motion to Dismiss Money Laundering Counts [Record Document 294] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 12th day of September, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE