UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-00146-(06)** and **(08)** |
| **VERSUS** | * | **JUDGE ELIZABETH ERNY FOOTE** |
| **CURIOUS GOODS, L.L.C. (06)** **DANIEL JAMES STANFORD (08)** | * | **MAG. JUDGE PATRICK J. HANNA** |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge [Record Document 670], addressing Defendant Daniel James Stanford's (08) Motion to Dismiss the Superceding Indictment for Prosecutorial/Governmental Misconduct [Record Document 313].[1] The Government opposes Stanford's motion [Record Document 439]. After an evidentiary hearing held on April 26 and May 2, 2013 by Magistrate Judge Hanna, Stanford filed supplemental briefing [Record Document 602], to which the Government responded [Record Document 622]. For the reasons that follow, the Court hereby adopts the findings of the Report and Recommendation, concluding that:

Defendant Stanford has failed to show that any individual contention rises to the level of prosecutorial misconduct so as to warrant dismissal of the superseding indictment;

Based on the fact that no individual contention rises to the level of prosecutorial misconduct, Defendant Stanford likewise cannot seek dismissal of the superseding indictment based on an aggregate or cumulative errors analysis;

Defendant Stanford has failed to show the likelihood of substantial prejudice

---

[1] The motion was adopted by Defendant Curious Goods (06) [Record Documents 320, 332].

against him based on the allegations of actions taken by the Government toward Defendant Buswell;

The Government has not knowingly sponsored misconduct before the Grand Jury; and

Stanford has failed to show that the prosecution against him has been vindictive.

Accordingly, for the reasons stated in the Report and Recommendation, and after an independent review of the record, which includes no objections to the Magistrate Judge's Report, and determining that the findings are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motion to Dismiss the Superceding Indictment for Prosecutorial/Governmental Misconduct [Record Document 313] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 28th day of January, 2014.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE