U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 7 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-cr-00146(06) |
| VERSUS | * | JUDGE FOOTE |
| CURIOUS GOODS LLC(06) | * | MAG. JUDGE HANNA |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, with the lack of objections noted,[1] and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, CURIOUS GOODS LLC, and adjudges the entity guilty of the offense charged in Count One of the Superseding Indictment.

IT IS FURTHER ORDERED that this matter remains set for sentencing, before the undersigned, on July 11, 2014 at 10:00 a.m. in Lafayette.

THUS DONE AND SIGNED in Shreveport, Louisiana, this ___ day of April, 2014.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Curious Goods, LLC, Randal P. McCann, contacted Judge Foote's chambers on April 3, 2014 to advise that he would not be filing any objections to the Magistrate Judge's Report and Recommendation. Thus, with the time delay for objections hereby waived, the Magistrate Judge's recommendation is ripe for adoption by this Court.